# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF REMOVAL OF CIVIL ACTION**

<u>**MICHAEL COOK v. JOAN BARNHART**</u>
**NO: C 08-03626 RS**

to be served this date upon the party(ies) as follows:

√     **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___     **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___     **PERSONAL SERVICE (BY MESSENGER)**

___     **FACSIMILE (FAX)** Telephone No.: _____

___     **FEDERAL EXPRESS**

___     **HAND-DELIVERED**

to the parties addressed as follows:

**Michael Cook (pro se)**
**T-79529**
**Kern Valley State Prison**
**P.O. Box 5704**
**Delano, California 93216**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29TH day of July 2008, at San Jose, California.

/S/
_____
Mimi Lam
Legal Assistant